961 A.2d 1227

**William LEWIS, Petitioner**

v.

**John J. POSERINA, S.J., Court of Common Pleas of Philadelphia County, Respondent.**

**No. 140 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus or, in the Alternative, Petition

462

for Writ of Prohibition, is **DENIED.** The Prothonotary is directed to remove the Judge's name from the caption.